**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
AIRFRAME SYSTEMS, INC. f/n/a AIRLINE
SOFTWARE, INC.,

                    Plaintiff,

          -against-

L-3 COMMUNICATIONS CORPORATION,
                    Defendant.
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: ___9/7/06___
```

05 **CIVIL** 7638 (GBD)

**JUDGMENT**

          Defendants having moved to dismiss the complaint, and the matter having come before the

Honorable George B. Daniels, United States District Judge, and the Court, on September 6, 2006,

having rendered its Memorandum Decision and Order granting defendant's motion to dismiss the

federal claim under the Copyright Act and dismissing the case in its entirety, it is,

          **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the

Court's Memorandum Decision and Order dated September 6, 2006, defendant's motion to dismiss

the federal claim under the Copyright Act is granted and the case is dismissed in its entirety.

**Dated:**  New York, New York
          September 7, 2006

                                        **J. MICHAEL McMAHON**
                                        _____
                                        **Clerk of Court**

                    **BY:**             _____
                                        **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____